**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**BRENDAN A. HURSON**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0782**<br>**MDD_BAHChambers@mdd.uscourts.gov** |

August 26, 2025

LETTER TO ALL COUNSEL OF RECORD

Re:   *Moss et al. v. Brewers Hill Realty, LLC, et al.*
      Civil No. 24-02722-BAH

Dear Counsel:

Nicole Moss and Helen Mohan ("Plaintiffs") brought this putative class action suit against Brewers Hill Realty, LLC, Excelsior Communities, Wood Partners, and JDavis Architects ("Defendants") alleging negligence and other claims in relation to an alleged pool collapse at Axel Brewers Hill. *See generally* ECF 1. A motions hearing is currently scheduled for September 11, 2025, at 1:00 p.m on the pending motions to dismiss, ECFs 27 and 28.

As a preliminary matter, I intend to reschedule the motions hearings on September 11, 2025, from 1:00 p.m. to 2:00 p.m. due to a scheduling conflict. Please mark your calendars accordingly.

Second, upon review of the submissions of the parties, I'd like more information concerning the question of whether the $5,000,000 amount-in-controversy required for diversity jurisdiction is met. *See* 28 U.S.C. § 1332(d)(2).

It is therefore ordered that the parties shall submit supplemental briefing on the following questions:

1. Whether the Plaintiffs or any members of the proposed class vacated their apartments at Axel Brewers Hill because of the pool collapse;
2. What additional damages, if any, Plaintiffs or class members suffered as a result of the collapse. I am particularly interested in a better description of the damages that are alleged to be "continuing in nature." *See* ECF 30, at 1; and
3. Whether any members of the purported class have received financial compensation related to the pool collapse, and, if so, what impact, if any, this financial compensation has on the damages calculation of the purported class.

All required submissions must be filed no later than September 2, 2025. The parties may, upon motion to the Court, request an extension of this deadline upon a showing of good cause. Please note, however, that my schedule does not afford me with the option of rescheduling the hearing, so it will go forward on September 11 at 2:00 p.m. Any extensions must provide the Court with ample time to review the filings in advance of the hearing.

*Moss et al. v. Brewers Hill Realty, LLC, et al.*
Civil No. 24-02722-BAH
August 26, 2025
Page 2

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                               Sincerely,

                                               /s/

                                          Brendan A. Hurson
                                          United States District Judge