IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| NICOLE MOSS, et al. | } |
| Plaintiffs, | } |
| v. | } |
| BREWERS HILL REALTY, LLC ET AL. | } Case No. 1:24-cv-02722-BAH |
| Defendants | } |

**MOTION BY DEFENDANT JDAVIS ARCHITECTS, P.C. TO ADOPT AND JOIN CO-DEFENDANTS' MOTIONS TO DISMISS AND SUPPLEMENTAL BRIEFINGS**

Defendant JDAVIS Architects, P.C. ("JDAVIS"), has moved pursuant to Fed. R. Civ. P. 12(b)(6) to DISMISS the Complaint filed by the Plaintiffs Nicole Moss and Helen Mohan (collectively as "Plaintiffs") on the basis that their Complaint fails to state any claims against Defendant JDAVIS upon which relief can be granted. (Docket Nos. 18, 26)

In further support of JDAVIS's pending Motion to Dismiss, pursuant to Fed. R. Civ. P. 10(c) and 12(g), JDAVIS hereby adopts and incorporates the additional arguments presented by Defendants Excelsior Communities, LLC and Brewers Hill Realty, LLC (Docket Nos. 28, 38, and 44) and Defendant Woods Partners (Docket Nos. 27, 37 and 45).

Respectfully Submitted,

/s/ *Howard S. Stevens*
Howard S. Stevens, USDC #25587
Pascale Stevens, LLC
2700 Lighthouse Point East Suite 500
Baltimore MD 21224
Tel: (443) 863-5758
Email: hstevens@pascalestevens.com
*Attorneys for Defendant JDAVIS Architects, P.C.*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2025, I electronically filed and served the foregoing MOTION BY DEFENDANT JDAVIS ARCHITECTS, P.C. TO ADOPT AND JOIN CO-DEFENDANTS' MOTIONS TO DISMISS AND SUPPLEMENTAL BRIEFINGS through the Court's CM/ECF system on all parties of record in this matter.

                                        /s/ *Howard S. Stevens*
                                        Howard S. Stevens, USDC #25587