IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

NICOLE MOSS, et al.

    Plaintiffs,

v.

BREWERS HILL REALTY, LLC ET AL.

    Defendants

Case No. 1:24-cv-02722-BAH

**ORDER**
**GRANTING MOTION TO DISMISS OF DEFENDANT J DAVIS ARCHITECTS, PC**

UPON CONSIDERATION of the Motion to Dismiss of Defendant J DAVIS ARCHITECTS, PC ("JDAVIS"), the Plaintiffs' Opposition and the Defendant's Reply, together with the pleadings on file, and in consideration of the arguments made during a hearing held on September 11, 2025, it is this ___ day of _____, 2025 hereby:

**ORDERED,** that the Defendant's Motion shall be, and is hereby, **GRANTED;** and it is further

**ORDERED,** that the Plaintiffs' Complaint in this matter as to Defendant J Davis Architects, P.C. shall be dismissed with prejudice, and judgment shall be entered in favor of Defendant J Davis Architects, P.C. on the Plaintiffs' Complaint.

**SO ORDERED.**

_____
The Honorable Brendan Abell Hurson
District Judge
U.S. District Court for the District of Maryland

Cc: All counsel of record via ECF