IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NICOLE MOSS ET AL.,

    Plaintiffs,

v.     Civil No. 24-2722-BAH

BREWERS HILL REALTY, LLC, ET AL.,

    Defendants.

## ORDER

For the reasons stated on the open record during today's motions hearing, it is this 11th day of September, 2025, ORDERED that:

(1) Defendant Wood Partners' motion to dismiss, ECF 27, is GRANTED;

(2) Defendants Excelsior Communities LLC and Brewers Hill Realty, LLC's consent motion for leave to late-file supplemental briefing, ECF 44, is GRANTED;

(3) Defendant JDAVIS Architects, P.C.'s motion to adopt and join co-defendants' motions to dismiss and supplemental briefings, ECF 46, is GRANTED;

(4) Defendant JDAVIS Architects, P.C.'s motion to dismiss, ECF 18, and Defendants Excelsior Communities LLC and Brewers Hill Realty, LLC's motion to dismiss or, in the alternative, for summary judgment, ECF 28, are DENIED AS MOOT;

(5) The complaint is DISMISSED WITHOUT PREJUDICE based on the facial challenge to subject matter jurisdiction; and

(6) Plaintiffs are GRANTED leave to file an amended complaint by October 14, 2025. If an amended complaint is not filed by that date, the Clerk is directed to CLOSE this case

                                                    /s/
                                        Brendan A. Hurson
                                        United States District Judge